## UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

Don Karl Juravin

DON KARL JURAVIN and
ANNA JURAVIN,

          Appellants,

v.

                                           Case No:   5:24-cv-597-GAP

BELLA COLLINA PROPERTY
OWNERS ASSOCIATION, INC and
DENNIS D. KENNEDY,

          Appellees

---

### ORDER

    This cause came before the Court without oral argument on the Motion to Seal (Doc. 25) filed by *pro se* Appellant Don Karl Juravin ("Mr. Juravin"). In his Motion, Mr. Juravin requests "to file under seal medical records of Don Karl Juravin to supplement the record on appeal and support his Brief." *Id.* at 1.

    In his Certification of Compliance with Middle District of Florida Local Rule 3.01(g), Mr. Juravin notes that Appellees Bella Collina Property Owners Association, Inc. and Dennis D. Kennedy ("Appellees") oppose his Motion. *Id.* at 5.

Upon review of the Motion, it is hereby **ORDERED** that Appellees may file

a response in opposition within ten (10) days from the date of this Order.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on February 26, 2025.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party